```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                          Case No. 18-04166-HWV
Vincent Eugene Mannino                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 2     Date Rcvd: Oct 02, 2018
                  Form ID: 309I     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.

```
db            +Vincent Eugene Mannino,    324 Holiday Lane,    Lewistown, PA 17044-1238
5115061       +AAA DEBT REC,    PO BOX 129,    MONROEVILLE, PA 15146-0129
5115062       +BK OF MO,    5109 S BROADBAND LANE,    SIOUX FALLS, SD 57108-2208
5115063       +BRENNER CAR CREDIT,    4 PARKSIDE COURT,    MIFFLINTOWN, PA 17059-9100
5115064       +BRET TREASTER, TAX COLLECTOR,    10 LAUREL STREET,    LEWISTOWN, PA 17044-1113
5115065        BRYANT & CANTORNA PC,    107 E MAIN STREET,    MILLHEIM, PA 16854
5115066        BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5115067       +CARRINGTON MORTGAGE SERVICES LLC,    1600 S DOUGLASS ROAD STE 200A,    ANAHEIM, CA 92806-5951
5115069       +CNACPA117,    3510 WEST COLLEGE AVE,    STATE COLLEGE, PA 16801-2507
5115072       +CREDIT ACCEPTANCE,    25505 W 12 MILE ROAD, STE 3000,    SOUTHFIELD, MI 48034-8331
5115074       +FNB OF PENNSYLVANIA,    1114 EAST CARSON STREET,    PITTSBURGH, PA 15203-1124
5115076       +PENELEC,    CUSTOMER SERVICE,    PO BOX 16001,    READING, PA 19612-6001
5115077       +RICHARD M. SQUIRE & ASSOCIATES,    ONE JENKINTOWN STATION,    115 WEST AVENUE SUITE 104,
                JENKINTOWN PA 19046-2031
5115078       +ROXIE SCHLORFF,    817 PROSPECT AVENUE,    LOCK HAVEN, PA 17745-8517
5115079       +SAFECO INSURANCE HEADQUARTERS,    BANKRUPTCY NOTICES,    175 BERKELEY STREET,
                BOSTON, MA 02116-5066
5115081       +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5115082       +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: karagendronecf@gmail.com Oct 02 2018 19:04:36     Kara Katherine Gendron,
                Mott & Gendron Law,    125 State Street,    Harrisburg, PA  17101
tr            +E-mail/Text: dehartstaff@pamd13trustee.com Oct 02 2018 19:04:49
                Charles J DeHart, III (Trustee),    8125 Adams Drive, Suite A,    Hummelstown, PA 17036-8625
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 02 2018 19:04:45     United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5115068       +E-mail/Text: dehartstaff@pamd13trustee.com Oct 02 2018 19:04:49     CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5115070        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 02 2018 19:04:44     COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5115071       +E-mail/Text: abovay@creditmanagementcompany.com Oct 02 2018 19:04:48     CRDMGMCOMP,
                2121 NOBLESTOWN ROAD,    PITTSBURGH, PA 15205-3956
5115073       +EDI: CCS.COM Oct 02 2018 23:03:00      CREDIT COLL,    PO BOX 607,    NORWOOD, MA 02062-0607
5115075        EDI: IRS.COM Oct 02 2018 23:03:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                PHILADELPHIA, PA 19101-7346
5115080        EDI: CBS7AVE Oct 02 2018 23:03:00      SEVENTH AVENUE,    1112 7TH AVE,    MONROE, WI 53566-1364
5115083        EDI: VERIZONCOMB.COM Oct 02 2018 23:03:00      VERIZON WIRELESS,    500 TECHNOLOGY DR, STE 550,
                SAINT CHARLES, MO 63304-2225
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         Kara Katherine Gendron    on behalf of Debtor 1 Vincent Eugene Mannino karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov

```
District/off: 0314-1          User: AGarner              Page 2 of 2              Date Rcvd: Oct 02, 2018
                              Form ID: 309I              Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 3

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Vincent Eugene Mannino** | Social Security number or ITIN | xxx–xx–5218 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed for chapter 13 | October 1, 2018 |
| Case number: | 1:18–bk–04166–HWV | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Vincent Eugene Mannino | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 324 Holiday Lane<br>Lewistown, PA 17044 | |
| 4. | **Debtor's attorney**<br>Name and address | Kara Katherine Gendron<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101 | Contact phone 717 232–6650<br>Email: karagendronecf@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717 566–6097<br>Email: dehartstaff@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br>Contact phone (717) 901–2800<br>Date: October 2, 2018 |

**For more information, see page 2**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| Debtor **Vincent Eugene Mannino** | | Case number **1:18−bk−04166−HWV** |

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 15, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification and proof of social security number are required** *** | **Location:**<br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: January 14, 2019** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: December 10, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: March 30, 2019** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |