In re:                                                          Case No. 18-04166-HWV
Vincent Eugene Mannino                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: KADavis    Page 1 of 2    Date Rcvd: Nov 16, 2018
                    Form ID: ntnew341    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2018.
```
db            +Vincent Eugene Mannino,    324 Holiday Lane,    Lewistown, PA 17044-1238
5115061       +AAA DEBT REC,    PO BOX 129,    MONROEVILLE, PA 15146-0129
5115062       +BK OF MO,    5109 S BROADBAND LANE,    SIOUX FALLS, SD 57108-2208
5115063       +BRENNER CAR CREDIT,    4 PARKSIDE COURT,    MIFFLINTOWN, PA 17059-9100
5115064       +BRET TREASTER, TAX COLLECTOR,    10 LAUREL STREET,    LEWISTOWN, PA 17044-1113
5115065        BRYANT & CANTORNA PC,    107 E MAIN STREET,    MILLHEIM, PA 16854
5115066        BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5115067       +CARRINGTON MORTGAGE SERVICES LLC,    1600 S DOUGLASS ROAD STE 200A,    ANAHEIM, CA 92806-5951
5115069       +CNACPA117,    3510 WEST COLLEGE AVE,    STATE COLLEGE, PA 16801-2507
5115072       +CREDIT ACCEPTANCE,    25505 W 12 MILE ROAD, STE 3000,    SOUTHFIELD, MI 48034-8331
5115074       +FNB OF PENNSYLVANIA,    1114 EAST CARSON STREET,    PITTSBURGH, PA 15203-1124
5131324       +FirstEnergy/Penelec,    Bldg 1 Suite 1-511,    101 Crawfords Corner Rd,    Holmdel, NJ 07733-1976
5115076       +PENELEC,    CUSTOMER SERVICE,    PO BOX 16001,    READING, PA 19612-6001
5115077       +RICHARD M. SQUIRE & ASSOCIATES,    ONE JENKINTOWN STATION,    115 WEST AVENUE SUITE 104,
                JENKINTOWN PA 19046-2031
5115078       +ROXIE SCHLORFF,    817 PROSPECT AVENUE,    LOCK HAVEN, PA 17745-8517
5115079       +SAFECO INSURANCE HEADQUARTERS,    BANKRUPTCY NOTICES,    175 BERKELEY STREET,
                BOSTON, MA 02116-5066
5115081       +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5115082       +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5115068       +E-mail/Text: dehartstaff@pamd13trustee.com Nov 16 2018 19:31:43     CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5115070        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 19:31:07     COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5115071       +E-mail/Text: abovay@creditmanagementcompany.com Nov 16 2018 19:31:41     CRDMGMCOMP,
                2121 NOBLESTOWN ROAD,    PITTSBURGH, PA 15205-3956
5115073       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 16 2018 19:31:56     CREDIT COLL,
                PO BOX 607,    NORWOOD, MA 02062-0607
5115075        E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 19:30:44     INTERNAL REVENUE SERVICE - CIO,
                PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5115517       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 19:37:13
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5116325        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 19:31:07
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
5115080        E-mail/Text: bankruptcy@sccompanies.com Nov 16 2018 19:32:06     SEVENTH AVENUE,    1112 7TH AVE,
                MONROE, WI 53566-1364
5115083        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2018 19:30:29
                VERIZON WIRELESS,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2018 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    James Warmbrodt   on behalf of Creditor   Wells Fargo Bank N.A., as Trustee, et al bkgroup@kmllawgroup.com
    Kara Katherine Gendron   on behalf of Debtor 1 Vincent Eugene Mannino karagendronecf@gmail.com, doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Vincent Eugene Mannino,      Chapter 13

**Debtor 1**

Case No.     1:18–bk–04166–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 13, 2018<br>Time: 10:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 16, 2018 |

ntnew341 (04/18)