```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 18-04166-HWV
Vincent Eugene Mannino                                    Chapter 13
          Debtor           **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: AGarner        Page 1 of 2        Date Rcvd: Dec 14, 2018
                            Form ID: ntcnfhrg     Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
```
db          +Vincent Eugene Mannino,   324 Holiday Lane,   Lewistown, PA 17044-1238
5115061     +AAA DEBT REC,   PO BOX 129,   MONROEVILLE, PA 15146-0129
5115062     +BK OF MO,    5109 S BROADBAND LANE,   SIOUX FALLS, SD 57108-2208
5115063     +BRENNER CAR CREDIT,    4 PARKSIDE COURT,   MIFFLINTOWN, PA 17059-9100
5115064     +BRET TREASTER, TAX COLLECTOR,    10 LAUREL STREET,   LEWISTOWN, PA 17044-1113
5115065      BRYANT & CANTORNA PC,   107 E MAIN STREET,   MILLHEIM, PA 16854
5115066      BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,   PO BOX 8875,   CAMP HILL, PA 17001-8875
5115067     +CARRINGTON MORTGAGE SERVICES LLC,    1600 S DOUGLASS ROAD STE 200A,   ANAHEIM, CA 92806-5951
5115069     +CNACPA117,   3510 WEST COLLEGE AVE,   STATE COLLEGE, PA 16801-2507
5115072     +CREDIT ACCEPTANCE,   25505 W 12 MILE ROAD, STE 3000,   SOUTHFIELD, MI 48034-8331
5139629     +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
5136922      Directv, LLC,   by American InfoSource as agent,   PO Box 5008,   Carol Stream, IL  60197-5008
5115074     +FNB OF PENNSYLVANIA,   1114 EAST CARSON STREET,   PITTSBURGH, PA 15203-1124
5131958     +First National Bank of Pennsylvania,   c/o AAS Debt Recovery Inc,
             2526 Monroeville Blvd Suite 205,   Monroeville, PA 15146-2371
5131324     +FirstEnergy/Penelec,   Bldg 1 Suite 1-511,   101 Crawfords Corner Rd,   Holmdel, NJ 07733-1976
5115076     +PENELEC,   CUSTOMER SERVICE,   PO BOX 16001,   READING, PA 19612-6001
5115077     +RICHARD M. SQUIRE & ASSOCIATES,   ONE JENKINTOWN STATION,   115 WEST AVENUE SUITE 104,
             JENKINTOWN PA 19046-2031
5115078     +ROXIE SCHLORFF,   817 PROSPECT AVENUE,   LOCK HAVEN, PA 17745-8517
5115079     +SAFECO INSURANCE HEADQUARTERS,   BANKRUPTCY NOTICES,   175 BERKELEY STREET,
             BOSTON, MA 02116-5066
5115081     +UNEMP COMP OVERPAYMENT MATTERS,   DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
             651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121-0751
5115082     +UNEMPL COMP TAX MATTERS,   HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
             HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5134020     +E-mail/Text: bnc@atlasacq.com Dec 14 2018 19:49:37     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
5115068     +E-mail/Text: dehartstaff@pamd13trustee.com Dec 14 2018 19:50:19     CHARLES J DEHART, III, ESQ.,
             8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
5115070      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 19:50:00     COMM OF PA DEPT OF REVENUE,
             BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
5115071     +E-mail/Text: abovay@creditmanagementcompany.com Dec 14 2018 19:50:18     CRDMGMCOMP,
             2121 NOBLESTOWN ROAD,   PITTSBURGH, PA 15205-3956
5115073     +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 14 2018 19:50:27     CREDIT COLL,
             PO BOX 607,   NORWOOD, MA 02062-0607
5115075      E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 19:49:42     INTERNAL REVENUE SERVICE - CIO,
             PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5115517     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 19:53:55
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5116325      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 19:50:00
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
5115080      E-mail/Text: bankruptcy@sccompanies.com Dec 14 2018 19:50:33     SEVENTH AVENUE,   1112 7TH AVE,
             MONROE, WI 53566-1364
5115083      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2018 19:49:32
             VERIZON WIRELESS,   500 TECHNOLOGY DR, STE 550,   SAINT CHARLES, MO 63304-2225
5136469      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2018 19:54:38     Verizon,
             by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                            TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                          Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Vincent Eugene Mannino DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          James  Warmbrodt    on behalf of Creditor   Wells Fargo Bank N.A., as Trustee, et al
           bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Vincent Eugene Mannino karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Vincent Eugene Mannino,

**Debtor 1**

Chapter      13

Case No.      1:18−bk−04166−HWV

## **Notice**

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 16, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 23, 2019 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: AGarner, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 14, 2018 |

ntcnfhrg (03/18)