```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04166-HWV
Vincent Eugene Mannino                                              Chapter 13
       Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: TWilson          Page 1 of 1          Date Rcvd: Jul 23, 2019
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
              +Roxie A. Mannino,    324 Holiday Lane,    Lewistown, PA 17044-1238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, et al
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Vincent Eugene Mannino DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, et al
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Vincent Eugene Mannino karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Eugene Mannino<br>Debtor(s) | Chapter 13 |
| Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC5 Asset-Backed Pass-Through Certificates.<br>v.<br>Vincent Eugene Mannino<br>Roxie A. Mannino<br>Respondents<br>and<br>Charles J. DeHart, III Esq.<br>Trustee | NO. 18-04166 HWV<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on February 12, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC5 Asset-Backed Pass-Through Certificates. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 324 Holiday Lane Lewistown, PA 17044.

Dated: July 19, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)