
NOW Copy

## POWER OF ATTORNEY AND FEE AGREEMENT

BY SIGNING THIS AGREEMENT, I (WE) ACKNOWLEDGE THAT I (WE) HAVE ENGAGED THE LAW FIRM OF NAVITSKY, OLSON & WISNESKI LLP (HEREINAFTER NOW LLP), TO REPRESENT ME (US) UNDER THE FOLLOWING TERMS AND CONDITIONS:

1. NOW LLP may on my (our) behalf secure medical, work and other similar records, conduct any investigation, negotiate, and if necessary start suit against anyone responsible for my (our) injuries and losses with respect to 5/5/19 trip + fall at Fine Guys, Media, PA ___ with full power and authority to appear on behalf of the undersigned in any Court of record or in any administrative or other proceeding, to do and perform all and every act and thing whatsoever that may be requisite and necessary to be done in connection with the above claim as fully as the undersigned might or could do if personally present; hereby ratifying and confirming all that said attorney shall lawfully do or cause to be done therein by virtue of this power of attorney.

2. I (we) understand that so long as the case is handled by a NOW LLP attorney, I (we) will not be responsible for any fees and/or expenses unless a recovery or benefit is obtained.

3. In the event that the client has been referred by another attorney or law firm, client understands that NOW LLP may pay the forwarding attorney or law firm a fee. Any such fee would be paid out of NOW LLP's attorney fee, not out of the client's net proceeds.

4. If my (our) case is handled to a successful completion by a NOW LLP attorney, I (we) agree to pay NOW LLP all reasonable out-of-pocket expenses without the payment of interest, plus a fee for time expended as follows:

|   |   | ME | NOW LLP |
|---|---|----|---------|
| a. | SETTLEMENT PRIOR TO STARTING SUIT AND NO MEDIATION OR ARBITRATION | 70% | 30% |
| b. | SETTLEMENT FOLLOWING SUIT BUT PRIOR TO MEDIATION, TRIAL OR ARBITRATION | 65% | 35% |
| c. | SETTLEMENT OR VERDICT AT MEDIATION, TRIAL OR ARBITRATION, AFTER MEDIATION, TRIAL, ARBITRATION, OR APPEALS OR SHORTLY BEFORE MEDIATION, TRIAL OR ARBITRATION IF THE CASE HAS BEEN TOTALLY PREPARED | 60% | 40% |
| d. | OTHER CASES | | |

5. If for any reason I (we) take (our) case to another attorney or law firm or handle it myself (ourselves), I (we) recognize that NOW LLP has, in good faith, expended money and time for my (our) benefit and I (we) therefore agree to pay, or have my (our) new attorney pay, immediately, upon severing the NOW LLP attorney/client relationship, all the out-of-pocket expenses incurred on my (our) case. In addition, when the case is successfully concluded, I (we) agree to pay or to direct my (our) new attorney to pay as a fee 20% of the gross recovery to NOW LLP.

6. In the event that any settlement is made on a structured or deferred payment basis, NOW LLP shall be entitled to receive their fee based on the present value of the structured settlement, as if paid as a lump sum at the time of settlement. NOW LLP does not structure or defer payment of their attorney fee or expenses.

7. Attorneys shall have power of attorney to endorse client and spouse's signature on settlement checks for deposit in attorney's escrow account and to sign medical and wage authorizations on behalf of client.

BY SIGNING THIS AGREEMENT, THIS 8th DAY OF July, 2019, I (WE) ACKNOWLEDGE THAT I (WE) HAVE READ, UNDERSTOOD, AND RECEIVED A COPY OF SAME AND AGREE WITH ITS TERMS AND CONDITIONS.

WITNESS(ES): *[signature]*

CLIENT(S): X *[signature]* (SEAL)

VINCENT E. MANNGINO (SEAL)