# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO:1:18-bk-04166 |
| | : | |
| VINCENT EUGENE MANNINO | : | CHAPTER 13 |
|   Debtor | : | |

# ORDER

    AT HARRISBURG, in said District,

    UPON CONSIDERATION of the Application to Employ Michael Navitsky, Esquire as special counsel for the Debtor, and it appearing that it is the wish of the Debtor to employ said Michael Navitsky, Esquire to represent him in a personal injury matter, no adverse interest or conflict being involved, no objection appearing thereto, it is hereby

    ORDERED AND DECREED that Michael Navitsky, Esquire be and is hereby authorized to represent the Debtor as special counsel in the above referenced proceeding, with fees to be paid pursuant to the Agreement for Professional Services.