```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04166-HWV
Vincent Eugene Mannino                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1             User: AutoDocke             Page 1 of 1              Date Rcvd: Mar 06, 2020
                                 Form ID: pdf010             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db             +Vincent Eugene Mannino,    324 Holiday Lane,    Lewistown, PA 17044-1238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, et al
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Vincent Eugene Mannino DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, et al
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Vincent Eugene Mannino karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>VINCENT EUGENE MANNINO<br>　　　Debtor(s) | : <br> : <br> : <br> : | CHAPTER 13<br><br>CASE NO. 1:18-04166HWV |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>　　　Movant | : <br> : <br> : <br> : | <br><br>DOCKET NO: 70 |
| VINCENT EUGENE MANNINO<br><br>　　　Respondent(s) | : <br> : <br> : <br> : | <br>MOTION TO DISMISS |

## ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed on March 2, 2020 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about February 19, 2020.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

Dated: March 6, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (TW)