IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| VINCENT EUGENE MANNINO | : | |
| | : | CASE NO. 1:18-bk-04166 |
| | : | |
| | : | |
| Debtor(s) | : | |
| | : | |

**MOTION TO DISMISS CHAPTER 13 PURSUANT TO 11 U.S.C. §1307(b)**

COMES NOW the Debtor, by and through attorney Kara K. Gendron of Mott & Gendron Law and moves to dismiss the Chapter 13 proceeding.
1. The Debtor wishes to dismiss this bankruptcy case.
2. This case has not been converted to Chapter 13 from another Chapter.
3. Under 11 U.S.C.§1307(b) the Debtor is entitled to have this case dismissed at any time.

WHEREFORE, Debtor respectfully requests that this Court dismiss this case and grant such other relief as this Court deems just.

_____
VINCENT EUGENE MANNINO

Respectfully submitted,

/s/ Kara K. Gendron

_____
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com
(717) 232–6650 TEL
(717) 232-0477 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
VINCENT EUGENE MANNINO :
: CASE NO. 1:18-bk-04166
:
:
Debtor(s) :

## ORDER DISMISSING CASE

    Upon consideration of the above-named Debtor having filed a Motion to Dismiss Case filed under Chapter 13 of the Bankruptcy Code, it is hereby
    ORDERED that the above captioned case is dismissed.