```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 18-04166-HWV
Vincent Eugene Mannino                                          Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 2              Date Rcvd: Jul 16, 2020
                              Form ID: pdf010              Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
```
db          +Vincent Eugene Mannino,   324 Holiday Lane,   Lewistown, PA 17044-1238
5115061     +AAA DEBT REC,   PO BOX 129,   MONROEVILLE, PA 15146-0129
5115062     +BK OF MO,   5109 S BROADBAND LANE,   SIOUX FALLS, SD 57108-2208
5115063     +BRENNER CAR CREDIT,   4 PARKSIDE COURT,   MIFFLINTOWN, PA 17059-9100
5115064     +BRET TREASTER, TAX COLLECTOR,   10 LAUREL STREET,   LEWISTOWN, PA 17044-1113
5115065      BRYANT & CANTORNA PC,   PO BOX 551,   MILLHEIM, PA 16854-0551
5115066      BUREAU OF ACCOUNT MGMT,   3607 ROSEMONT AVE STE 502,   PO BOX 8875,   CAMP HILL, PA 17001-8875
5115067     +CARRINGTON MORTGAGE SERVICES LLC,   1600 S DOUGLASS ROAD STE 200A,   ANAHEIM, CA 92806-5951
5115069     +CNACPA117,   3510 WEST COLLEGE AVE,   STATE COLLEGE, PA 16801-2507
5139629     +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
5115074     +FNB OF PENNSYLVANIA,   1114 EAST CARSON STREET,   PITTSBURGH, PA 15203-1124
5131958     +First National Bank of Pennsylvania,   c/o AAS Debt Recovery Inc,
              2526 Monroeville Blvd Suite 205,   Monroeville, PA 15146-2371
5131324     +FirstEnergy/Penelec,   Bldg 1 Suite 1-511,   101 Crawfords Corner Rd,   Holmdel, NJ 07733-1976
5115076     +PENELEC,   CUSTOMER SERVICE,   PO BOX 16001,   READING, PA 19612-6001
5115077     +RICHARD M. SQUIRE & ASSOCIATES,   ONE JENKINTOWN STATION,   115 WEST AVENUE SUITE 104,
              JENKINTOWN PA 19046-2031
5115078     +ROXIE SCHLORFF,   817 PROSPECT AVENUE,   LOCK HAVEN, PA 17745-8517
5115079     +SAFECO INSURANCE HEADQUARTERS,   BANKRUPTCY NOTICES,   175 BERKELEY STREET,
              BOSTON, MA 02116-5066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5134020     +E-mail/Text: bnc@atlasacq.com Jul 16 2020 19:42:54    Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
5115068     +E-mail/Text: dehartstaff@pamd13trustee.com Jul 16 2020 19:43:06    CHARLES J DEHART, III, ESQ.,
              8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
5115070      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2020 19:42:57    COMM OF PA DEPT OF REVENUE,
              BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
5115071     +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 16 2020 19:43:04    CRDMGMCOMP,
              2121 NOBLESTOWN ROAD,   PITTSBURGH, PA 15205-3956
5115072     +E-mail/Text: ebnnotifications@creditacceptance.com Jul 16 2020 19:42:52    CREDIT ACCEPTANCE,
              25505 W 12 MILE ROAD, STE 3000,   SOUTHFIELD, MI 48034-8331
5115073     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 16 2020 19:43:07    CREDIT COLL,
              PO BOX 607,   NORWOOD, MA 02062-0607
5115081      E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 16 2020 19:42:53
              UNEMP COMP OVERPAYMENT MATTERS,   DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
              651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121
5136922      E-mail/Text: G06041@att.com Jul 16 2020 19:43:04    Directv, LLC,
              by American InfoSource as agent,   PO Box 5008,   Carol Stream, IL  60197-5008
5115075      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 16 2020 19:42:55    INTERNAL REVENUE SERVICE - CIO,
              PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5115517     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2020 19:54:46
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5116325      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2020 19:42:57
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
5115080      E-mail/Text: bankruptcy@sccompanies.com Jul 16 2020 19:43:09    SEVENTH AVENUE,   1112 7TH AVE,
              MONROE, WI 53566-1364
5115082     +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 16 2020 19:42:53    UNEMPL COMP TAX MATTERS,
              HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
              HARRISBURG, PA 17121-0751
5115083      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 16 2020 19:42:51
              VERIZON WIRELESS,   500 TECHNOLOGY DR, STE 550,   SAINT CHARLES, MO 63304-2225
5136469      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2020 19:43:53    Verizon,
              by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5155176      Zachary Weaver,   removed, claim filed in incorrect case
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                     TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:

```
          Brian C Nicholas    on behalf of Creditor   Wells Fargo Bank N.A., as Trustee, et al
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Vincent Eugene Mannino DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James  Warmbrodt    on behalf of Creditor   Wells Fargo Bank N.A., as Trustee, et al
           bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Vincent Eugene Mannino karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| VINCENT EUGENE MANNINO | : | |
| | : | CASE NO. 1:18-bk-04166 |
| | : | |
| | : | |
| Debtor(s) | : | |

## ORDER DISMISSING CASE

Upon consideration of the above-named Debtor having filed a Motion to Dismiss Case filed under Chapter 13 of the Bankruptcy Code, it is hereby
    ORDERED that the above captioned case is dismissed.

Dated: July 16, 2020                By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (LS)